AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>GREGORY CLARK<br><br>*Defendant(s)* | Case No.   4: 20 MJ 7095 SPM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 25 through March 2, 2020__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875 | Interstate Extortion |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

S/A Eric Mills, Federal Bureau of Investigation

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/05/2019

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*

AUSA: CARROLL